FLATBUSH BATHS, INC., Respondent, v. MICHAEL GALFUND, Individually and as Chairman and Secretary of the Russian Rubbers' Union, Local 17794, and Others, Appellants.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

H. T. W. HUNTTING and Others, Individually and as Members of the Firm of BLYTH & BONNER, Respondents, v. GLOBE INDEMNITY COMPANY, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of requiring plaintiffs separately to state and number each cause of action. We are of opinion that it does not sufficiently appear upon the face of the pleading under which of the policies, or both, the claim or claims are based. Each cause of action, therefore, should be so stated and numbered in so far as there may be a claim under Exhibit A, with its riders, or under Exhibit B, with its riders, or both, as referred to in the complaint. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of Arbitration between ANTHONY ARCADU, Appellant, and DAVID LEVINSON and HENRY PEIFFER, Respondents, etc.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and award vacated, with ten dollars costs. We are of opinion that there was evident partiality on the part of Arbitrator Austin in favor of respondents David Levinson and Henry Peiffer. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of Proving the Last Will and Testament, etc., of PATRICK HART, Deceased. JOSEPH G. HART, Appellant, v. JAMES F. HART and RAPHAEL A. EGAN, as Executors, etc., Respondents.— Decree of the Surrogate's Court of Orange county, in so far as appealed from, unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MABEL F. ISQUITH, Respondent, v. JOHN H. ISQUITH, Appellant.— Order, as resettled, appointing referee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent upon the ground that the wife's allegations are without corroboration.

MAX KRIVIT, Respondent, v. ISAAC CUTLER and LOUIS CUTLER, Appellants.— Judgment and order reversed upon the law and a new trial granted, costs to appellants to abide the event. We are of opinion that the court erred in refusing to charge, as requested by counsel for defendants, that the burden of proving absence of probable cause was upon the plaintiff, to which defendants' counsel excepted at folio 272. The foregoing conclusion is reached upon the basis that the action was for malicious prosecution. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

BENJAMIN MARTIN, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.